# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

---

## 2020 ND 96

---

Kayla Jones,                                                      Plaintiff

    v.

Mark Rath,                                   Defendant and Appellant

    and

State of North Dakota,                     Statutory Real Party in Interest

---

## No. 20190330

---

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable John W. Grinsteiner, Judge.

AFFIRMED.

Per Curiam.

Kayla Jones; no appearance.

Mark Rath, Bismarck, ND, defendant and appellant.

### Rath v. Rath
### No. 20190330

**Per Curiam.**

[¶1] Mark Rath appeals from orders denying his "motion for contempt" and request to reconsider. On appeal, Mark Rath argues the district court abused its discretion by not holding Kayla Rath in contempt. We summarily affirm under N.D.R.App.P. 35.1(a)(4). Mark Rath also made a multitude of additional

arguments, including that he was denied due process. We summarily affirm the additional issues Mark Rath has raised under N.D.R.App.P. 35.1(a)(1).

[¶2]   Jon J. Jensen, C.J.
       Lisa Fair McEvers
       Gerald W. VandeWalle
       Daniel J. Crothers
       Jerod E. Tufte